DISTRICT COURT OF THE UNITED STATES
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:16-cv-44-FDW

| | | |
|---|---|---|
| ANTHONY DANE ELLIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| ROBERT B. BULLIS, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**THIS MATTER** is before the Court on the pro se Plaintiff's "Motion to Withdraw Lawsuit." (Doc. No. 9). The Court construes the motion as a motion for voluntary dismissal under Rule 41 of the Federal Rules of Civil Procedure.

Under Rule 41, Plaintiff could have filed a notice of dismissal without a court order. See FED. R. CIV. P. 41(a)(1)(A)(i) (stating that the plaintiff may take a voluntary dismissal without a court order "before the opposing party serves either an answer or a motion for summary judgment"). In any event, the Court will grant Plaintiff's motion for voluntary dismissal.

**IT IS THEREFORE ORDERED** that:

1.    Plaintiff's Motion to Withdraw Lawsuit, (Doc. No. 9), is **GRANTED**, and this action is dismissed without prejudice.

2.    The Clerk is instructed to terminate this action.

Frank D. Whitney
Chief United States District Judge

1